Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**David W. Marston Jr.**
215.963.5937
dmarston@morganlewis.com

September 25, 2014

**VIA ECF & FEDERAL EXPRESS**

The Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ  07102

    Re:    *Bavendam et al. v. Pearson Education, Inc.*, No. 13-03096
             *Nicklin et al. v. Pearson Education, Inc.*, No. 13-03176
             *Lanting v. Pearson Education, Inc.*, No. 13-03318
             *Brandenberg et al. v. Pearson Education, Inc.*, No. 13-03319
             *Ellis et al. v. Pearson Education, Inc.*, No. 13-03320

Dear Judge Hammer:

      We represent Defendant Pearson Education, Inc. ("Pearson").  We write on behalf of all parties in the above-referenced actions to request a settlement conference before Your Honor during the week of October 27, 2014.  If the week of October 27 is inconvenient for the Court, the parties can submit date alternatives and/or participate in a brief status conference for scheduling purposes.  We appreciate the Court's assistance.

                                                     Respectfully,

                                                     David W. Marston Jr. /dcl

                                                     David W. Marston Jr.

cc:    All Counsel of Record (via ECF)